UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

_____

| | |
|---|---|
| **NICHOLAS RESTAINO,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 04-2198 |
| ) | |
| **ILLINOIS STATE POLICE, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

_____

**OPINION**
_____

A Report and Recommendation (#56) was filed by the Magistrate Judge in the above cause on July 22, 2005. More than ten (10) days have elapsed since the filing of the Recommendation and no objections have been made. See 28 U.S.C. § 636(b)(1). The Recommendation of the Magistrate Judge is, therefore, accepted by the court. See Video Views, Inc. v. Studio 21, Ltd., 797 F.2d 538 (7th Cir. 1986).

IT IS THEREFORE ORDERED:

(1) Defendant Steele's Motion to Dismiss (#51) is GRANTED. Plaintiff is allowed fourteen (14) days from the entry of this order to file an amended complaint.

(2) Defendant Steele' Motion to Dismiss (#50) is STRICKEN as duplicative.

(3) This case is referred to the Magistrate Judge for further proceedings.

ENTERED this 11th day of August, 2005

s/ Michael P. McCuskey
MICHAEL P. McCUSKEY
CHIEF JUDGE