UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION
_____

| | |
|---|---|
| **NICHOLAS RESTAINO,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| ) | |
| v. ) | Case No. 04-2198 |
| ) | |
| ) | |
| **ILLINOIS STATE POLICE, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

**OPINION**

On October 25, 2005, the Magistrate Judge filed a Report and Recommendation (#74) in the above cause. The Magistrate Judge recommended that the Defendant Steele's Rule 12(b)(1) Motion to Dismiss Counts I-III, Rule 12(b)(6) Motion to Dismiss Count IV, and Rule 12(b)(2) Motion to Dismiss Counts V and VI of Plaintiff's Amended Complaint (#61) be GRANTED. On November 8, 2005, Plaintiff filed his Objection to the Report and Recommendation (#79). This court has reviewed the Magistrate Judge's reasoning and the Plaintiff's Objection. After a thorough and careful de novo review, this court agrees with and accepts the Report and Recommendation of the Magistrate Judge. Accordingly, Counts I-IV are dismissed as to Defendant Steele, and Count V and VI are dismissed in their entirety. Defendant Steele is terminated as a party to this litigation.

On November 7, 2005, the Magistrate Judge filed a second Report and Recommendation (#77) in this matter. The Magistrate Judge recommended that the Motion to Dismiss Amended Complaint (#65) filed by Defendants Momence Police Department and Sergeant Tracy Nolte be GRANTED. On November 21, 2005, Plaintiff filed his Objection to the Report and Recommendation (#80). This court has reviewed the Magistrate Judge's reasoning and the Plaintiff's Objection. After a thorough and careful de novo review, this court agrees with and

accepts the Report and Recommendation of the Magistrate Judge. Therefore, Momence Police Department is terminated as a party to this litigation, and only Count I remains pending as to Tracy Nolte.

Also on November 7, 2005, the Magistrate Judge filed a third Report and Recommendation (#78). The Magistrate Judge recommended that the Motion to Dismiss Amended Complaint (#62) filed by Defendants Illinois State Police, Matthew Adamson, and William Backus be GRANTED. More than ten (10) days have elapsed since filing of the Recommendation and no objections have been made. See 28 U.S.C. § 636(b)(1). The Recommendation of the Magistrate Judge is, therefore, accepted by the court. See Video Views, Inc. v. Studio 21, Ltd., 797 F.2d 538 (7th Cir. 1986). Therefore, only Count I remains as to Defendants Illinois State Police, Matthew Adamson, and William Backus, and all claims for monetary damages against the Illinois State Police in Count I are dismissed.

Finally, the Magistrate Judge recommended that Plaintiff be given fourteen days to file an amended complaint. Rule 15 provides for the amendment of pleadings as "justice so requires." Fed. R. Civ. P. 15(a). But a court may deny the request to amend due to "undue delay, bad faith, dilatory motive, prejudice or futility." Rodriguez v. United States, 286 F.3d 972, 980 (7th Cir. 2002). This case was originally filed in the United States District Court for the Northern District of Illinois on April 9, 2004. It is now nearly twenty months later and Plaintiff seeks to again amend his complaint. Plaintiff has already been permitted to amend his complaint after one round of motions to dismiss filed by Defendants. Amending a complaint at this late stage in the litigation certainly constitutes undue delay and would undoubtedly prejudice Defendants. Accordingly, this court declines to accept the Magistrate Judge's recommendation to allow further amendments to Plaintiff's complaint.

IT IS THEREFORE ORDERED:

(1) Defendant Steele's Rule 12(b)(1) Motion to Dismiss Counts I-III, Rule 12(b)(6) Motion to Dismiss Count IV, and Rule 12(b)(2) Motion to Dismiss Counts V and VI of Plaintiff's Amended Complaint (#61) is GRANTED.

(2) The Motion to Dismiss Amended Complaint (#65) filed by Defendants Momence Police

Department and Sergeant Tracy Nolte is GRANTED.

(3) The Motion to Dismiss Amended Complaint (#62) filed by Defendants Illinois State Police, Matthew Adamson, and William Backus is GRANTED.

(4) Defendants Steele and Momence Police Department are terminated as parties to this litigation.  Only Count I remains as to Defendants Tracy Nolte, Illinois State Police, Matthew Adamson, and William Backus.  Furthermore, all claims for monetary damages against the Illinois State Police in Count I are dismissed.

(5) This court declines to accept the Magistrate Judge's recommendation that Plaintiff be allowed to amend his complaint at this late stage in the litigation.

(6) This case is referred to the Magistrate Judge for further proceedings.

ENTERED this 30th day of November, 2005

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE